**INDEX OF EXHIBITS**

    A. Stempien notice of removal.

    B. Miller settlement agreement.

    C. Mahala Denial.

    D. *Beauvais and Boraggina v Cox.*

    E. Jones request for hearing.