UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DEBORAH TURNER, et al.,

    Plaintiffs,

v.

RICK SNYDER, et al.,

    Defendants.
_____/

Case No. 1:12-cv-1095

HON. PAUL L. MALONEY

# **JUDGMENT**

In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED** that **JUDGMENT** is entered in favor of Defendants.


Dated: May 3, 2017　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　PAUL L. MALONEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE